United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

*December 07, 2022*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. **4:22cr610** |
| KARINA DELUNA | § § | |
| HALEY MEDLIN | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

*(Title 18 U.S.C. § 924(a)(1)(A) MAKING A FALSE STATEMENT WITH RESPECT TO RECORDS REQUIRED TO BE MAINTAINED BY FEDERAL FIREARMS LICENSED DEALER)*

On or about December 26, 2020, in the Houston Division of the Southern District of Texas, the defendant,

KARINA DELUNA

did knowingly make a false statement and representation to Northwest Pawn, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Northwest Pawn, in that KARINA DELUNA acquired an Anderson firearm, Model: AM15, 5.56 caliber rifle, bearing Serial Number: 20317659 and an ATI, Model: Omni Hybrid, 5.56 caliber

119

pistol, bearing Serial Number: NS292887, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the aforementioned firearms, whereas in truth and in fact she was not the actual buyer of the firearms.

In violation of Title 18 United States Code, Section 924(a)(1)(A).

## COUNT TWO

*(Title 18 U.S.C. § 924(a)(1)(A) MAKING A FALSE STATEMENT WITH RESPECT TO RECORDS REQUIRED TO BE MAINTAINED BY FEDERAL FIREARMS LICENSED DEALER AND AIDING AND ABETTING)*

On or about August 11, 2022, in the Houston Division of the Southern District of Texas, the defendants,

KARINA DELUNA
HALEY MEDLIN

did aid and abet one another by knowingly making a false statement and representation to Guns of

Texas, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with

respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to

be kept in the records of Guns of Texas, in that HALEY MEDLIN acquired a Barrett, Model 82A1,

SN: AA013868, .50 caliber rifle by executing a United States Department of Justice, Bureau of

Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect

that she was the actual buyer of the aforementioned firearm, whereas in truth and in fact she was not

the actual buyer of the firearm.

In violation of Title 18 United States Code, Section 924(a)(1)(A) and Title 18 United States

Code, Section 2.

### NOTICE OF CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this indictment are hereby re-alleged

and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18 United

States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of offenses in violation of Title 18, United States Code, Sections 924 and 2,

as set forth in Counts One and Two of this Indictment, the defendants,

KARINA DELUNA
HALEY MEDLIN

shall forfeit to the United States pursuant to Title 18 United States Code, Section 924(d) and Title

28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission

of the offense, including, but not limited to:

      1.      Barrett, Model 82A1, SN: AA013868, .50 caliber rifle


A TRUE BILL:

**Original Signature on File**

FOREPERSON OF THE GRAND JURY


JENNIFER LOWERY
UNITED STATES ATTORNEY

*Benjamin J. Smith*

Benjamin J. Smith 281-914-8151 (cell)
Special Assistant United States Attorney