UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:22-CR-00610-001 |
| § | |
| KARINA DELUNA § | |

## JURY NOTE NUMBER 1

We have reached a verdict

_____September 6, 2024_____    ████████████████
Date                                                          Foreperson

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date                                                          George C. Hanks, Jr.
                                                              United States District Judge

> Jury notes should be used in numerical order.
> Jury notes are a permanent part of the record.
> Jury notes should be retained and given to the Court with the case at the conclusion of deliberations.