return a guilty verdict, all of you must agree that the same one has been proved. All of you must agree that the government proved beyond a reasonable doubt that the defendant conspired to commit the crime of making a false statement with respect to records required to be maintained by a federal firearms license dealer; or, all of you must agree that the government proved beyond a reasonable doubt that the defendant conspired to commit the crime of smuggling goods from the United States; or, all of you must agree that the government proved beyond a reasonable doubt that the defendant conspired to commit both crimes.

**SIGNED** at Houston, Texas on September 6, 2024.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:22-CR-610 |
| KARINA DELUNA, | § § § | |
| Defendant. | § § | |

**VERDICT FORM**

**On Count One:**

We, the jury, find the Defendant, Karina Deluna:

__X__ Guilty _____ Not Guilty

We further unanimously find that the following crime(s) was/were the object(s) of the conspiracy charged in Count One (check all that apply upon a finding of guilt only):

17

__X__ Make a false statement with respect to records required to be maintained by a federal firearms license dealer

_____ Smuggle goods from the United States

**On Count Two:**

We, the jury, find the Defendant, Karina Deluna:

_____ Guilty __X__ Not Guilty

**On Count Three:**

We, the jury, find the Defendant, Karina Deluna:

__X__ Guilty _____ Not Guilty

**On Count Four:**

We, the jury, find the Defendant, Karina Deluna:

__X__ Guilty _____ Not Guilty

**On Count Five:**

We, the jury, find the Defendant, Karina Deluna:

__X__ Guilty _____ Not Guilty

**On Count Six:**

We, the jury, find the Defendant, Karina Deluna:

__X__ Guilty _____ Not Guilty

18

**On Count Seven:**

We, the jury, find the Defendant, Karina Deluna:

__X__ Guilty _____ Not Guilty

**On Count Eight:**

We, the jury, find the Defendant, Karina Deluna:

__X__ Guilty _____ Not Guilty

**On Count Nine:**

We, the jury, find the Defendant, Karina Deluna:

__X__ Guilty _____ Not Guilty

FOREPERSON OF THE JURY

Signed on __September 6__, 2024.