UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 4:22-CR-610 |
| | § |
| KARINA DELUNA, | § |
| | § |
| Defendant. | § |
| | § |

## FORFEITURE SPECIAL VERDICT FORM

We, the jury, return the following Special Forfeiture Verdict Form and unanimously find by a preponderance of the evidence that there is a nexus between the property listed in the Form and defendant Karina Deluna's offense.

Does the following property constitute any firearm or ammunition involved in or used in any knowing violation of the offense, making a false statement with respect to

20

records required to be maintained by a federal firearms license dealer?

    A BARRETT, MODEL 82A1, SN: AA013868, .50-CALIBER RIFLE.

    __X__ YES _____ NO

                                          FOREPERSON OF THE JURY

Signed on ___September 6___, 2024.

21