| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | | | | |
|---|---|---|---|---|---|
| United States of America v. | Houston Division | | | | |
| | Criminal No.   22-CR-00610-01-H-GCH | | | | |
| **KARINA DELUNA** | **EXHIBITS FILED AT CLERK'S OFFICE** | | | | |
| Trial Date:  September 4, 2024 | AUSAs:   Benjamin Smith and Byron Black | | | | |
| Judge: Honorable George Hanks, Jr. | Case Mgr.:   Kimberly Picota | | Reporter: | | |
| 15 | Deluna recorded interview 04/27/2022 | | | | |
| 23 | Deluna recorded interview 08/11/2022 | | | | |
| | | | | | |
| | | | | | |

United States Courts
Southern District of Texas
FILED

SEP 23 2024

Nathan Ochsner, Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | | | | |
|---|---|---|---|---|---|
| United States of America v. **KARINA DELUNA** | Houston Division | | | | |
| | Criminal No.   22-CR-00610-01-H-GCH | | | | |
| | **EXHIBITS FILED AT CLERK'S OFFICE** | | | | |
| Trial Date:   September 4, 2024 | AUSAs:   Benjamin Smith and Byron Black | | | | |
| Judge: Honorable George Hanks, Jr. | Case Mgr.:   Kimberly Picota | | Reporter: | | |
| 15 | Deluna recorded interview 04/27/2022 | | | | |
| 23 | Deluna recorded interview 08/11/2022 | | | | |
| | | | | | |
| | | | | | |